```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 20347
    MICHAEL H BECKER
    ANITA BECKER                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

          Debtor
  SSN XXX-XX-0111     SSN XXX-XX-8612

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 10/31/2007 and was not confirmed.

      The case was dismissed without confirmation 01/28/2008.
-------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
-------------------------------------------------------------------------------

B-REAL LLC                  UNSECURED         37962.26         .00           .00
B-REAL LLC                  UNSECURED          1543.04         .00           .00
ROUNDUP FUNDING LLC         UNSECURED           746.01         .00           .00
DELL FINANCIAL SERVICES     UNSECURED          1648.77         .00           .00
DELL FINANCIAL SERVICES     SECURED             200.00         .00           .00
ZALE/CBUSA                  SECURED              35.00         .00           .00
ZALE/CBUSA                  UNSECURED        NOT FILED         .00           .00
AURORA LOAN SERVICES        CURRENT MORTG         .00         .00           .00
AURORA LOAN SERVICES        MORTGAGE ARRE    32905.00         .00           .00
CITI MORTGAGE               CURRENT MORTG         .00         .00           .00
WFNNB/HARLEM FURNITURE      SECURED             300.00         .00           .00
WFNNB/HARLEM FURNITURE      UNSECURED        NOT FILED         .00           .00
AAM INC                     UNSECURED        NOT FILED         .00           .00
ADVOCATE LUTHERAN GENERA    UNSECURED        NOT FILED         .00           .00
AMERICAN EXPRESS CENTURI    UNSECURED          1252.72         .00           .00
APPLIED CARD BANK           UNSECURED        NOT FILED         .00           .00
ASPIRE                      UNSECURED        NOT FILED         .00           .00
BANK OF AMERICA             UNSECURED        NOT FILED         .00           .00
BANK OF AMERICA             UNSECURED        NOT FILED         .00           .00
BARCLAYS BANK DELAWARE      UNSECURED        NOT FILED         .00           .00
BARONS CREDITORS SERVICE    UNSECURED        NOT FILED         .00           .00
BLATT HASENMILLER LEIBSK    NOTICE ONLY      NOT FILED         .00           .00
BLATT HASENMILLER LEIBSK    NOTICE ONLY      NOT FILED         .00           .00
BLATT HASENMILLER LEIBSK    NOTICE ONLY      NOT FILED         .00           .00
CAPITAL ONE                 UNSECURED        NOT FILED         .00           .00
CARD SERVICES               UNSECURED        NOT FILED         .00           .00
CHASE                       UNSECURED        NOT FILED         .00           .00
CHASE                       UNSECURED        NOT FILED         .00           .00
CITIBANK                    UNSECURED        NOT FILED         .00           .00
ER SOLUTIONS INC            UNSECURED        NOT FILED         .00           .00
LVNV FUNDING LLC            UNSECURED           485.09         .00           .00
PREMIER BANKCARD            UNSECURED           512.84         .00           .00
HILCO RECEIVABLES           UNSECURED        NOT FILED         .00           .00
HSBC MASTERCARD             UNSECURED        NOT FILED         .00           .00
HSBC NV                     UNSECURED        NOT FILED         .00           .00
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 20347 MICHAEL H BECKER & ANITA BECKER

```
I C COLLECTION SERVICE     UNSECURED      NOT FILED           .00            .00
MANN BRACKEN               UNSECURED      NOT FILED           .00            .00
HSBC ORCHARD BANK          UNSECURED      NOT FILED           .00            .00
PARKWAY BANK               UNSECURED      NOT FILED           .00            .00
TRANSWORLD SYSTEMS         UNSECURED      NOT FILED           .00            .00
WORLD FINANCIAL NETWORK    UNSECURED         400.58           .00            .00
WASHINGTON MUTUAL          UNSECURED      NOT FILED           .00            .00
WORLD FINANCIAL NETWORK    UNSECURED         173.58           .00            .00
GMAC                       SECURED NOT I  19345.63            .00            .00
BIZAR & DOYLE LLC          DEBTOR ATTY     2,500.00                       731.40
TOM VAUGHN                 TRUSTEE                                         63.60
DEBTOR REFUND              REFUND                                            .00

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   795.00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                    731.40
TRUSTEE COMPENSATION                               63.60
DEBTOR REFUND                                        .00
                      ---------------    ---------------
TOTALS                    795.00                  795.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 04/23/08           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 07 B 20347 MICHAEL H BECKER & ANITA BECKER